LAW OFFICES OF
# PERRY IAN TISCHLER

38-39 BELL BOULEVARD
SUITE 203
BAYSIDE, NEW YORK 11361
TEL: (718) 229-5390
FAX: (718) 229-5759

December 3, 2008

Hon. Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: EMAN REALTY CORP.
Chapter 11
Case No.: 08-48010 CEC

Dear Justice Craig:

Please be advised that this office represents the Debtor, Eman Realty Corp. in connection with the above-referenced matter. Our office was served with an Order to Show Cause earlier today filed by the law firm of Zeichner Ellman & Krause LLP on behalf of their client Bank of America, N.A., successor to LaSalle Bank, N.A. et. al, with a return date of December 4, 2008 @ 3:00 pm before your Honor. Unfortunately due to other previously scheduled matters, I will be unavailable to appear.

My office reached Jantra Van Roy, Esq. the attorney who filed the Order to Show Cause on behalf of Zeichner Ellman & Krause LLP, and explained my unavailability. Counsel agreed to adjourn the hearing of the Order to Show Cause to any date next week. After speaking with the Court, the date selected is Tuesday, **December 9, 2008 @ 12:00 pm**.

In addition, as a condition of the adjournment, we agree that the preliminary relief in the Order previously issued on this matter shall remain in full force and effect until said hearing date. Debtor will continue to recognize the appointment of the Receiver and will not interfere with the performance of his duties until further Order of this Court. Furthermore, counsel agrees to serve and file our opposition papers/if any, upon Zeichner Ellman & Krause LLP and the court by 5:00 pm Friday, December 5, 2008 and upon any other parties as the Court directs.

Please do not hesitate to call should anything further be required.

Very truly yours,

Perry Ian Tischler

PT/lr
Cc: Zeichner Ellman & Krause LLP